**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 25, 2010**

_____
Hon. Robert D. Martin
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  David C. Bookstaff                                         Case No. 10-12389

Debtor.

ORDER APPROVING STIPULATION

Based on the aforesaid stipulation of the debtors' counsel, Joel B. Winning, and counsel for Whitney Square 1999 LLC, an unsecured collector, Roger Sage;

IT IS ORDERED that the debt to Whitney Square 1999, LLC as described in the stipulation in the amount of $55,000.00 shall be nondischargeable.

###